UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8109-BER

UNITED STATES of AMERICA

V.

ROBERT EARL GREEN,

    **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? NO

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? NO

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _/s/ Brian R._____

Brian D. Ralston
Assistant United States Attorney
Court ID No.: A5502727
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 820-8711
Email: Brian.Ralston@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROBERT EARL GREEN<br><br>*Defendant(s)* | Case No. 25-mj-8109-BER |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) | Possession with Intent to Distribute a Controlled Substance (methamphetamine) |

FILED BY ___TM___ D.C.

Feb 25, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Lynn Mead*
_____
Complainant's signature

Special Agent Lynn Mead, Jr., DEA
_____
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone (Facetime)__

Date: 2/25/25

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__    __Hon. Bruce. E. Reinhart United States Magistrate Judge__
*Printed name and title*

## AFFIDAVIT

I, Lynn Howard Mead Jr, being duly sworn, do depose and state:

## INTRODUCTION

1. I am a sworn Special Agent ("SA") with the Drug Enforcement Administration ("DEA") and have served as such since 2006. As a SA, I am authorized to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516, which includes offenses under Title 21, United States Code.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging **Robert Earl GREEN** with possession with intent to distribute a controlled substance (methamphetamine), in violation of Title 21, United States Code, Section 841(a)(1).

3. As a DEA Special Agent, I have personally conducted narcotics investigations and have been instructed in investigative techniques for federal crimes including the unlawful distribution of illegal narcotics, possession with intent to distribute controlled substances, importation of illegal narcotics, use of communication facilities to conduct illegal narcotics transactions, money laundering, maintaining places for the purposes of manufacturing, distributing or using controlled substances and conspiracies to commit these offenses, in violation of Title 21, United States Code, Section 841(a)(1).

4. The information contained in this affidavit is based upon my own personal knowledge, as well as information provided to me by other law enforcement officers and agents. This affidavit is submitted for the limited purpose of establishing probable cause. It does not contain all the information known to me concerning this investigation.

## PROBABLE CAUSE

### BACKGROUND

5.     In or around October 2024, agents from the Drug Enforcement Administration ("DEA") and Palm Beach County Sheriff's Office ("PBSO") initiated an investigation into the drug trafficking activities of Robert Earl GREEN who was distributing methamphetamine in and around Palm Beach County, Florida. This investigation was initiated based upon information obtained from a Palm Beach County Confidential Source ("CS").

6.     During the course of the investigation, the CS was able to introduce an undercover agent ("UC") to GREEN as an individual interested in purchasing larger quantities of methamphetamine.

### CONTROLLED PURCHASE FROM ROBERT EARL GREEN

7.     On January 21, 2025, agents from DEA and PBSO conducted surveillance of a controlled purchase between a UC and GREEN for approximately 232.4 grams of methamphetamine. Prior to this operation, agents directed the CS to contact GREEN for the purpose of arranging a meeting between GREEN and the UC. Following this direction, the CS sent multiple text messages to GREEN, asking GREEN "still game to do business." GREEN replied to the affirmative "Ya." The CS replied to GREEN, "Yo my boy Chris, He is looking, I've been helping out playing the middle mad. He is good people and he's good money, interested in meeting him/business with him." GREEN replied, "Yea its cool." The CS texted GREEN, "You want his number or do you want me to give him your number?" GREEN replied "Yea." The CS texted the UC's telephone number to GREEN. Contact was made between the UC and GREEN, and they agreed to meet at Walt's American Grill and Bar located at 6030 SW 18th Street, Boca Raton,

Florida, for the purpose of the UC purchasing a quarter pound of methamphetamine from GREEN for $2,000.

8. At approximately 1:30 PM, Agents from the DEA along with Agents from PBSO met with the UC at a prearranged location prior to the transaction. The UC was provided with $2,000 DEA Official Advanced Funds ("OAF") for the purpose of purchasing a quarter pound of methamphetamine from GREEN and equipped with covert recording devices to capture audio and video of the transaction.

9. At approximately 1:45 PM, the UC placed a recorded telephone call to GREEN. During this telephone call, GREEN provided a meeting location and time that GREEN would be ready to meet with the UC. Following the UC's contact with GREEN, Agents established surveillance at GREEN's residence, located at 23055 Post Gardens Way, Boca Raton, FL. Agents observed GREEN's silver Audi SUV parked near the east side of the building.

10. At approximately 1:54 PM., Agents observed GREEN exit from his apartment building and enter the driver's side door of the silver Audi SUV before departing from the apartment complex. Agents did not observe GREEN carrying anything in his hands during this time.

11. At approximately 2:15 PM, Agents observed GREEN arrive at a Public Storage facility, located at 20599 81st Avenue South, Boca Raton, Florida 33434, while monitoring a GPS tracker. Agents did not follow GREEN into the facility; however, Agents later served an administrative subpoena to the above-mentioned Public Storage, requesting entry logs and video surveillance on January 21, 2025. Based on the documents and video obtained from Public Storage, Agents observed GREEN enter into Public Storage, Building A and enter the elevator at approximately 2:16 PM. A short time later, GREEN is observed exiting the Public Storage facility

and returning to his silver Audi SUV. GREEN was not observed carrying anything in his hands when he exited Building A of the Public Storage. GREEN was observed wearing the same clothing that he was wearing later this day during the meeting with the UC.

12. At approximately 2:20 PM, Agents observed GREEN exiting 81st Avenue South on to Glades Road, while monitoring a GPS tracker. Surveillance was maintained on GREEN. At approximately 2:45 PM, Agents observed GREEN return to his residence at 23055 Post Gardens Way. GREEN exited his vehicle via the driver's side door and walked into building 23055. A short time later, Agents observed GREEN exit from building 23055 and re-enter the driver's side door of the silver Audi SUV. GREEN then departed from 23055 Post Gardens Way.

13. While GREEN was returning to his apartment, the UC drove from the prearranged meeting location to Walt's American Grill and Bar located at 6030 SW 18th Street, Boca Raton, Florida. The UC parked in a parking space inside of the parking lot of the restaurant.

14. At approximately 2:46 PM, Agents observed GREEN arrive in the parking lot of Walt's American Grill and Bar and eventually park next to the UC's vehicle. The UC exited the UC vehicle and entered the front passenger side door of GREEN's silver Audi SUV. Once inside of GREEN's vehicle, the UC provided GREEN with $2,000 in OAF in exchange for the approximately 232.4 grams of methamphetamine, which GREEN retrieved from the front pocket of his hoodie. The UC exited GREEN's vehicle via the front passenger side door and re-entered the UC vehicle. GREEN and the UC both departed from the parking lot of Walt's American Grill and Bar.

15. At approximately 2:55 PM, Agents observed GREEN arrive at 23055 Post Gardens Way. GREEN parked next to the apartment building exited the driver's side door and walked back into the apartment building.

16. The suspected methamphetamine was sent to the DEA Southeast Laboratory and was determined to be methamphetamine with a net weight of 232.4 grams.

## ARREST OF ROBERT EARL GREEN

17. On February 23, 2025, GREEN sent the following text message to the UC, "Got em tomorrow we cn meet." The UC responded, "Just let me know." GREEN asked the UC how many the UC wanted, and the UC replied, "Got cash for two waiting to link up with here in a few to get more cash wanted to get three." In this message, the UC explained that he had enough cash to purchase two pounds of methamphetamine and was waiting to determine if he had enough cash to possibly purchase three pounds.

18. On February 24, 2025, GREEN sent a text message to the UC and informed the UC that he (GREEN) was in the possession of the methamphetamine and wanted to know if the UC was still interested in purchasing methamphetamine. The UC indicated to GREEN that the UC was still interested in purchasing three pounds of methamphetamine from GREEN.

19. On February 25, 2025, at approximately 10:00 AM, Agents from the DEA along with Agents from PBSO conducted a briefing at a predetermined location within Boca Raton, Florida. Following this briefing, multiple arrest teams deployed to Walt's American Bar and Grill and to the Public Storage facility located at 20599 81st Avenue, Boca Raton, Florida 33434.

20. At approximately 10:58 AM, the UC sent a text message to GREEN and informed GREEN that he (the UC) was ready to meet with GREEN for the purpose of purchasing three pounds of methamphetamine. GREEN responded to the UC that he (GREEN) needed thirty minutes. At approximately 11:32 AM, the UC sent a text message to GREEN and stated that he was approximately two minutes from the meeting location at Walt's American Bar and Grill.

21.     At approximately 11:34 AM, Agents observed GREEN exit his residence located at 23055 Post Gardens Way, Boca Raton, Florida. GREEN was carrying a brown paper bag, which GREEN placed into his silver Audi SUV and departed from the apartment complex.

22.     At approximately 11:37 AM, Agents observed GREEN pulling into the parking lot of Walt's American Bar and Grill. Once GREEN had parked his vehicle in the vicinity of the UC's vehicle, PBSO Agents effected the arrest of GREEN. A subsequent search of GREEN's vehicle incident to arrest revealed a brown paper bag which contained three vacuum sealed bags, each containing a white crystal substance.

## CONCLUSION

23.     Based upon the facts outlined above, your affiant submits there is probable cause to charge **Robert Earl GREEN** with possession with intent to distribute a controlled substance (methamphetamine), in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
LYNN H. MEAD JR.
Special Agent
Drug Enforcement Administration

Sworn to and attested by Telephone Facetime
per Fed. R. Crim. P. 4(d) and 4.1 on __25__ day of February, 2025

_____
HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Robert Earl Green

**Case No**: 25-mj-8109-BER

Count#: 1
Possession with Intent to Distribute a Controlled Substance (methamphetamine)

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.